**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02691-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

BEN MILLER,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING PRODUCTION OF DEFENDANT'S HARD DRIVES**

Plaintiff, Malibu Media, LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(c), hereby moves for entry of a protective order regarding production of Defendant's hard drives and in support states:

1.    On May 5, 2014, Defendant responded to Plaintiff's request for forensically sound images of Defendant's hard drives and demanded entry of a protective order. Plaintiff agreed to accommodate Defendant's request.

2.    For the past seven (7) months, undersigned has been working expeditiously to finalize a protective order. However, Defense counsel has made unreasonable demands and has caused Plaintiff to spend a substantial amount of time and effort in drafting and re-drafting proposed protective orders—none of which have been suitable to Defendant.

3.    On November 3, 2014, the Court instructed the parties to negotiate a protective order and to contact the Court for assistance to address any disagreements. [CM/ECF 43]. The parties have attempted to negotiate and have had several conferences with Your Honor to discuss

the disagreements. However, to date, the parties have been unable to resolve the disputes due to Defendant's rejection of any proposed order.

4. The need for the instant Motion arises because the deadline for Plaintiff to submit its expert report is currently December 31, 2014. Further, the Court's most recent minute order expressly states that "absent exceptional circumstances, the Court will grant no further extension of these deadlines." [CM/ECF 43].

5. Essentially, Plaintiff has only two weeks to image and examine six (6) computer devices (none of which have been produced), and complete its expert report. This does not provide sufficient time to complete Plaintiff's expert report because it takes four to six weeks to complete examination of the hard drives. In addition, given the impending holidays and the unavailability of Plaintiff's expert, meeting this deadline will be impossible without the Court's immediate assistance.

6. Accordingly, based on the parties' impasse and Plaintiff's good faith efforts to reach an agreement over the span of seven months, Plaintiff respectfully requests this Court enter a Protective Order in the form attached hereto as Exhibit A.

7. Plaintiff's Proposed Protective Order is proper because it allows Plaintiff to conduct a thorough investigation into copyright infringement, BitTorrent use, and evidence of spoliation and suppression of evidence while preserving Defendant's confidential information and privileged information. Further, Plaintiff's Proposed Protective Order provides a detailed outline of the examination process, a list of software and hardware which may be used, search terms, and other examination criteria.

8. Undersigned has made a good-faith effort to resolve all remaining issues, but the parties have been unable to agree on a protective order. As such, Plaintiff has no choice but to

file the instant motion for entry of the proposed protective order, and good cause exists for its entry.

9.  Undersigned has conferred at length with defense counsel who would not consent to the entry of the Protective Order as drafted.

**WHEREFORE,** Plaintiff, Malibu Media, LLC, respectfully requests this Court enter a Protective Order in the form attached hereto as Exhibit A, order Defendant to produce forensically sound images of Defendant's hard drives within two (2) days of the entry of the Protective Order, and permit Plaintiff to submit its expert report three weeks from the date of receipt of the hard drives.

DATED: December 18, 2014

Respectfully submitted,
By: */s/Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd., #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Jason Kotzker*
Jason Kotzker