IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02691 | Date: | January 14, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                        *Counsel:*

MALIBU MEDIA, LLC                                   Jason Kotzker

    Plaintiffs,

v.

BEN MILLER                                               Carolyn Lindvig

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**2:06 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Defendant filed a Notice of Bankruptcy on January 6, 2015.

**ORDERED**:

The case is STAYED and all pending deadlines are VACATED.

[46] MOTION for Protective Order, and [44] MOTION to Compel *Production of Defendant's Hard Drives and Incorporated Memorandum of Law* are DENIED AS MOOT in light of the STAY.  Counsel can re-file the motions if needed once the stay is lifted.

**2:57 p.m.        Court in recess.**

Hearing concluded.
Total in-court time for this case     00:05

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.