IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02691-WYD-MEH

MALIBU MEDIA, LLC,

　　　Plaintiff,

v.

BEN MILLER,

　　　Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 52) filed January 30, 2015.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

　　　Dated:  February 3, 2015

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　Senior United States District Judge